There are no Nebraska Court of Appeals opinions for the week of February 16, 2016.